Ryan D. GANS, a minor, By and Through his Father and Next Friend, David GANS, and David Gans, Plaintiffs–Appellants,

v.

MDF, INC. a/k/a Midwest Davco, and Davco Restaurants, Inc., Defendant–Respondent,

and Mark J. Osak, Karen Osak, and Adam M. Osak, Defendants.

No. 72403.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 16, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 9, 1998.

Application for Transfer Denied March 24, 1998.

The Hullverson Law Firm, Stephen H. Ringkamp & John E. Hullverson, St. Louis, for appellant.

Brown & James, P.C., Joseph R. Swift, T. Michael Ward & Bart B. Zuckerman, St. Louis, for respondent MDF, Inc.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant appeals dismissal of cause of action for failure to state a claim upon which relief could be granted. Affirmed. Rule 84.16(b).